IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN L. SMITH,

      Petitioner,               No. CIV S-08-0653 GEB EFB P

   vs.

D.K. SISTO, et al.,

      Respondents.       <u>ORDER</u>

_____/

        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

        On February 9, 2010, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty-one days. Neither party has filed objections to the findings and recommendations.

        The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

/////

1

1. The findings and recommendations filed February 9, 2010, are adopted in full;

2. Respondent's July 15, 2009 motion to dismiss is denied;

3. Respondent is directed to file and serve an answer and not a motion in response to petitioner's application within 60 days, *see* Rule 4, Fed. R. Governing § 2254 Cases, and is further directed that the response shall be accompanied by any and all transcripts or other documents relevant to the determination of the issues presented in the application, *see* Rules 4, 5, Rules Governing Section 2254 Cases; and

4. Petitioner's traverse, if any, shall be filed and served within 30 days of service of an answer.

Dated: March 12, 2010

GARLAND E. BURRELL, JR.
United States District Judge